1018

[No. 25344-9-III.   Division Three.   August 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 06-1-00063-7, John Hotchkiss, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 25571-9-III.   Division Three.   August 23, 2007.]

LARRY RIDGE, *Respondent*, v. NANCY MARES, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 06-2-00129-5, William D. Acey, J., entered September 18, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 49075-3-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR MATTHEW DAVID, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01001-3, Thomas J. Wynne, J., entered August 14, 2001. *Remanded* by unpublished opinion per Baker, J., concurred in by Coleman and Cox, JJ.

[No. 56954-6-I.   Division One.   August 27, 2007.]

*In the Matter of the Marriage of* CARMEN P. ROCKWELL, *Respondent*, and PETER G. ROCKWELL, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 04-3-03334-2, James A. Doerty, J., entered August 4 and 26, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Dwyer, JJ. Now published at 141 Wn. App. 235.